# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

| | |
|---|---|
| Case No. CV 18-6885-JLS (PLA) | Date May 6, 2019 |

Title: Majestic Zulu v. Raymond Madden, Warden

---

PRESENT: THE HONORABLE **PAUL L. ABRAMS**

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| ATTORNEYS PRESENT FOR PETITIONER: | ATTORNEYS PRESENT FOR RESPONDENTS: |
|---|---|
| NONE | NONE |

**PROCEEDINGS:** (IN CHAMBERS)

On November 2, 2018, this Court issued an Order granting petitioner's request for a stay in this matter, subject to certain terms and conditions. Petitioner was ordered to file a status report informing the Court of his progress in exhausting his currently unexhausted claim in state court beginning on December 3, 2018, and every sixty days thereafter. Plaintiff's most recent status report was due **on or before April 8, 2019**. To date, petitioner's status report has not been filed with this Court. Accordingly, **no later than May 27, 2019, petitioner is ordered to show cause** why the stay in this action previously imposed by the Court should not be lifted. Filing the required status report with this Court and **strict** compliance with the additional requirements set forth in the Court's November 2, 2018, Order, shall be deemed compliance with this Order to Show Cause. **Failure to file the status report will result in the stay being lifted**.

**IT IS SO ORDERED.**

cc: Majestic Zulu, Pro Se
     Julie Ann Harris, CAAG

Initials of Deputy Clerk  ch

CV-90 (10/98)  CIVIL MINUTES - GENERAL