JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| MAJESTIC ZULU, | ) | No. CV 18-6885-JLS (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| RAYMOND MADDEN, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Second Amended Petition in this matter is denied and the action is dismissed with prejudice.

DATED: January 17, 2021

/s/ JOSEPHINE L. STATON
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE